Arnold D. Larson, Esq., State Bar No. 77118
Melissa A. Immel, Esq., State Bar No. 137082
Darren M. Ballas, Esq., State Bar No. 198584
IVERSON, YOAKUM, PAPIANO & HATCH
624 South Grand Avenue, 27th Floor
Los Angeles, California 90017
(213) 624-7444 - (213) 629-4563 (Fax)

Attorneys for Defendant
BRIDGESTONE/FIRESTONE NORTH
AMERICAN TIRE, LLC (formerly known as
BRIDGESTONE/FIRESTONE, INC.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors, and as Successors in Interest of ARTEMIO CONTRERAS, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC.; SEARS ROEBUCK and CO.; and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 1:04-cv-05423 REC SMS<br><br>***STIPULATION AND ORDER TO CONTINUE EXPERT DISCLOSURE AND MOTION CUT-OFF DATES*** |

IT IS HEREBY AGRED by and between PLAINTIFFS MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors, and as Successor in Interest to ARTEMIO CONTRERAS, BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLP, and FORD MOTOR COMPANY that the expert disclosure and motion cut-off dates shall each be continued for two weeks as follows:

PDF created with pdfFactory trial version www.pdffactory.com

| Deadline | Current | Proposed |
|---|---|---|
| Expert Disclosure | 9/9/05 | 9/23/05 |
| Supplemental Expert Disclosure | 9/30/05 | 10/14/05 |
| Expert Discovery Cut-Off | 11/25/05 | 12/9/05 |
| Non-Dispositive Motions | 12/2/05 | 12/16/05 |
| Dispositive Motions | 12/9/05 | 12/23/05 |

IT IS SO STIPULATED.

Dated: September 9, 2005    PEREZ, WILLIAM & MEDINA for itself and BARNHART, EKKER and McNALLY LLP

BY:  /s/ ROBERT GRAY WILLIAMS, ESQ.
         Robert Williams, Esq.
Attorneys for Plaintiffs MARIA GUADALUPE CONTRERAS, individually and as Guardian *ad Litem* for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors, and as Successors-in-Interest of ARTEMIO CONTRERAS

Dated: September 8, 2005    BOWMAN and BROOKE LLP

BY:  /s/ RYAN McCARTHY, ESQ.
         Janice K. O'Grady, Esq.
         Linda K. Adler, Esq.
         Vadim R. Alden-Alaverdov, Esq.
Attorneys for Defendant FORD MOTOR COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 8, 2005 | SNELL & WILMER LLP |
| 3 | | |
| 4 | | |
| 5 | | BY:  /s/ AMY LEINEN, ESQ. |
| 6 | | Amy Leinen, Esq.<br>Attorneys for Defendant FORD MOTOR COMPANY |
| 7 | | |
| 8 | Dated:  September 8, 2005 | IVERSON, YOAKUM, PAPIANO & HATCH |

1
2  Dated:  September 8, 2005      SNELL & WILMER LLP
3
4
                                  BY:  /s/ AMY LEINEN, ESQ.
5                                       Amy Leinen, Esq.
                                  Attorneys for Defendant FORD MOTOR
6                                 COMPANY
7
8  Dated:  September 8, 2005      IVERSON, YOAKUM, PAPIANO & HATCH
9
10
11                                BY:   /s/ DARREN M. BALLAS, ESQ.
                                        Darren M. Ballas, Esq.
12                                Attorneys for Defendant BRIDGESTONE/
                                  FIRESTONE NORTH AMERICAN TIRE, LLC,
13                                (formerly known as RIDGESTONE/FIRESTONE,
14                                INC.)
15
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

## ORDER

IT IS HEREBY ORDERED THAT the expert disclosure and motion cut-off dates shall be continued as follows:

| | |
|---|---|
| Expert Disclosure: | 9/23/05 |
| Supplemental Expert Disclosure: | 10/14/05 |
| Expert Discovery Cut-Off: | 12/9/05 |
| Non-Dispositive Motions Filing Deadline: | 12/16/05 |
| Dispositive Motions Filing Deadline: | 12/23/05 |

Dated:  9/12/2005

/s/ Sandra M. Snyder
SANDRA M. SNYDER,
U.S. MAGISTRATE JUDGE

IVERSON, YOAKUM,
PAPIANO & HATCH

4

STIPULATION AND ORDER CONTINUING EXPERT DISCLOSURE AND MOTION CUT-OFF DATES

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com