```
Janice K. O'Grady (#158190)
Linda K. Adler (#199809)
Vadim R. Alden-Alaverdov (#233161)
Bowman and Brooke LLP
1741 Technology Drive, Suite 200
San Jose, CA  95110-1355
Tel: (408) 279-5393
Fax:  (408) 279-5845

Robert J. Gibson (#144974)
Daniel S. Rodman (#156156)
Laura M. Baskurt (#179857)
Laurie S. Gormican (#232882)
Snell & Wilmer LLP
1920 Main Street, Suite 1200
Irvine, CA  92614
Tel: (949) 253-4916
Fax: (949) 955-2507

Attorneys for Defendant
Ford Motor Company
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors, and as Successors in Interest of ARTEMIO CONTRERAS,<br><br>          Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC.; SEARS ROEBUCK AND CO., et al.,<br><br>          Defendants. | Case No. 1:04-cv-05423-REC-SMS<br><br>STIPULATION TO OBTAIN AND SHARE EMPLOYMENT RECORDS PERTAINING TO ARTEMIO AGUILAR CONTRERAS; ORDER |

Defendant Ford Motor Company and plaintiffs Maria Guadalupe Contreras, individually and as Guardian ad Litem for Yvonne

PDF created with pdfFactory trial version www.pdffactory.com

Contreras, Alexander Contreras, Minors as Successors in Interest of Artemio Contreras hereby stipulate to obtain and share employment records pertaining to Artemio Aguilar Contreras subpoenaed by Ford Motor Company from U.S. Custom Services pursuant to the attached subpoena.

    This Stipulation may be signed in counterparts.

DATED: November 11, 2005    PEREZ, WILLIAMS & MEDINA

/s/ROBERT GRAY WILLIAMS, ESQ
Robert Gary Williams
Attorneys for Plaintiffs

DATED: November 10, 2005    BOWMAN AND BROOKE, LLP

/s/VADIM ALDEN-ALAVERDOV, ESQ.
Vadim Alden-Alaverdov
Attorneys for Defendant
Ford Motor Company

---

2

STIPULATION TO OBTAIN AND SHARE EMPLOYMENT RECORDS PERTAINING TO ARTEMIO AGUILAR CONTRERAS; ORDER

::ODMA\PCDOCS\SJO\160885\1

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

It is so Ordered.

DATED: 12/2/2005                     /s/ Sandra M. Snyder
                                     SANDRA M. SNYDER
                                     United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com