1
2
3                    **IN THE UNITED STATES DISTRICT COURT**
4                    **FOR THE EASTERN DISTRICT OF CALIFORNIA**
5

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors and as Successors in interest of ARTEMIO CONTRERAS, | CASE NO. CV F 04-5423 LJO SMS |
| | **AMENDED SCHEDULING CONFERENCE ORDER** |
| Plaintiffs, | Expert and Non-expert Disclosure/cut-off:   To be set by Judge Snyder |
| v. | Special Briefing Filing deadline:   July 12, 2007 |
| BRIDGESTONE/FIRESTONE, INC.. et al., | Special Briefing Opposition deadline:   July 26, 2007 |
| | Hearing:   Date: August 2, 2007
Time: 8:30 a.m.
Dept.: 4 (LJO) |
| Defendants. | Motions in Limine Filing Deadline:   Sept. 5, 2007 |
| | Motions in Limine Response Deadline:   Sept. 19, 2007 |
| | Motions in Limine Hearing:   Date: Oct. 3, 2007
Time: 8:30 a.m.
Dept.: 4 (LJO) |
| | Other Pretrial Motions Filing Deadline:   Date: August 3, 2007
Time 8:30 a.m
Dept: 4 (LJO) |
| | Pretrial Motions Hearing Deadline:   September 5, 2007 |
| | Pretrial Conf.:   Date: October 10, 2007
Time: 8:30 a.m.
Dept.: 4 (LJO) |
| | Jury Trial:
(20-25 days est.)   Date: November 5, 2007
Time: 9:00 a.m.
Dept.: 4 (LJO) |

1

This Court conducted a March 27, 2007 scheduling conference. Plaintiffs appeared by telephone by counsel Robert Williams and Randy Barnhart. Defendant Bridgestone/Firestone, Inc. appeared by telephone by counsel Melissa Immel and Arnold Larson. Defendant Ford Motor Company appeared by telephone by counsel Robert Gibson. Pursuant to F.R.Civ.P. 16(b), this Court amends the schedule for this action.

**1.  Consent To Magistrate Judge**

The parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

**2.  Expert Witnesses and Discovery Cut-off**

Pending before Magistrate Judge Sandra M. Snyder are issues involving expert discovery and non-expert discovery. Accordingly, any amendment to the schedule as it pertains with these issues is to be determined by the Magistrate Judge.

**3.  Pretrial Motion Schedule and Motions in Limine**

   **a.  Motions involving Original Equipment Tires and Post-Sale Duty to Warn**

At the scheduling conference, the parties requested a special briefing schedule for two specific issues: the admissibility of evidence pertaining to original equipment tires and post-sale duty to warn.

Accordingly, based on the parties request and stipulation, the Court sets the briefing schedule as follows. The parties shall file simultaneous briefing no later than **July 12, 2007**. Any opposition shall be filed no later than **July 26, 2007**. A hearing is set for **August 2, 2007** at 8:30 a.m. in Department 4 (LJO). Counsel may appear at the hearing by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

   **b.  Motions in Limine**

Motions in limine shall be filed no later than **September 5, 2007**. Responses to motions in limine shall be filed no later than **September 19, 2007**. The Court will conduct the hearing on the motions in limine on **October 3, 2007** at 8:30 a.m. in Department 4. Counsel may appear at the hearing by arranging a one-line conference call and telephoning the Court at (559) 499-5680.

   **c.  Any other Pretrial Motions**

Any other pretrial motions, both dispositive and nondispositive (except discovery motions which

1  must addressed as ordered by Judge Snyder), shall be served and filed no later than **August 3, 2007** and
2  set for a hearing to be conducted no later than **September 5, 2007** at 8:30 a.m. in Department 4.

3  **4.      Mandatory Settlement Conference**

4         Should the parties desire a settlement conference, they should jointly request one of the Court,
5  and one will be arranged.

6  **5.      Pretrial Conference**

7         A pretrial conference is set for **October 10, 2007 at 8:30 a.m.** in Department 4 (LJO) of this
8  Court.  The parties are directed to file a joint pretrial statement which complies with the requirements
9  of this Court's Local Rule 16-281.  In addition, the joint pretrial statement should include a brief factual
10 summary and an agreed upon neutral statement of the case.  An additional copy of the joint pretrial
11 statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and
12 shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

13        The parties' attention is directed to this Court's Local Rules 16-281 and 16-282.  This Court will
14 insist upon strict compliance with those rules.

15        At the pretrial conference, the Court will set deadlines, among others, to file final witness and
16 exhibits lists, objections thereto, and other trial documents.

17 **6.      Trial Date**

18        A 20-25 day jury trial is set for **November 5, 2007 at 9:00 a.m.** in Dept. 4 (LJO) of this Court.
19 /////
20 /////
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////
27 /////
28 /////

**7.     Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be made, either by stipulation or by subsequent status conference. Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations with attached exhibits, where appropriate, which establish good cause for granting the relief requested.

Failure to comply with this order shall result in the imposition of sanctions.

**IT IS SO ORDERED.**

**Dated:     March 27, 2007**              /s/ Lawrence J. O'Neill
**b9ed48**                                  **UNITED STATES DISTRICT JUDGE**