# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors and as Successors in interest of ARTEMIO CONTRERAS,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BRIDGESTONE/FIRESTONE, INC.. et al.,<br><br>　　　　　Defendants. | CASE NO. CV F 04-5423 LJO SMS<br><br>**AMENDED SCHEDULING CONFERENCE ORDER**<br><br>Special Briefing<br>Filing deadline:　　Sept. 14, 2007<br><br>Special Briefing<br>Opposition deadline:　Sept. 28, 2007<br><br>Hearing:　　Date: Oct. 3, 2007<br>　　　　　　Time: 9:15 a.m.<br>　　　　　　Dept.: 4 (LJO)<br><br>First hearing on Depo.<br>Designations:　Date: Jan. 30, 2008<br>　　　　　　Time: 9:00 a.m<br>　　　　　　Dept.: 4 (LJO)<br><br>Second hearing on Depo.<br>Designations:　Date: Feb. 1, 2008<br>　　　　　　Time: 8:30 a.m<br>　　　　　　Dept.: 4 (LJO)<br><br>Motions in Limine<br>Filing Deadline:　Dec. 7, 2007<br><br>Motions in Limine<br>Response Deadline:　Dec. 21, 2007<br><br>Motions in Limine<br>Hearing:　　Date: Jan. 10, 2008<br>　　　　　　Time: 8:30 a.m.<br>　　　　　　Dept.: 4 (LJO)<br><br>Other Pretrial<br>Motions Filing<br>Deadline:　　Nov. 30, 2007 |

|  |  |  |
|---|---|---|
|  | Opposition filing Deadline: | Dec. 14, 2007 |
|  | Pretrial Motions Hearing: | Date: Jan 11, 2008<br>Time: 9:00 a.m.<br>Dept.: 4 (LJO) |
|  | Pretrial Conf.: | Date: Feb. 21, 2008<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) |
|  | Jury Trial:<br>(20-25 days est.) | Date: Mar. 17, 2008<br>Time: 8:30 a.m.<br>Dept.: 4 (LJO) |

This Court conducted a July 30, 2007 scheduling conference. Plaintiffs appeared by telephone by counsel Robert Williams and Randy Barnhart. Defendant Bridgestone/Firestone, Inc. appeared by telephone by counsel Arnold Larson. Defendant Ford Motor Company appeared by telephone by counsel Alexander Conti. Pursuant to F.R.Civ.P. 16(b), this Court amends the schedule for this action.

**1.    Consent To Magistrate Judge**

The parties do not consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge.

**2.    Mandatory Settlement Conference**

The parties are directed to meet and confer on a date for a settlement conference, and whether telephonic appearances by party representatives are beneficial to the process. The parties should then jointly contact the Chambers of Magistrate Judge Sandra M. Snyder to schedule a settlement conference.

**3.    Special Briefing**

| | |
|---|---|
| Briefs to be filed by all parties: | September 14, 2007 |
| Oppositions to be filed by all parties: | September 28, 2007 |
| Hearing on special briefs: | October 3, 2007 at 9:15 a.m.; Dept. 4 |

**4.    Deposition Designations**

| | |
|---|---|
| Plaintiffs' deposition designations due: | November 16, 2007 |
| Defendants' objections and counter-designations due: | December 14, 2007 |
| Plaintiffs' counter-objections and | |

| | | |
|---|---|---|
| | further designations due: | January 4, 2008 |
| | First hearing on deposition designations: | January 30, 2008 at 9 a.m.; Dept. 4 |
| | Meet and confer by all counsel regarding: | |
| | deposition designations: | January 31, 2008 |
| | Second hearing on deposition designations: | February 1, 2008 at 8:30 a.m.; Dept. 4 |

**5.  Motions in Limine**

| | | |
|---|---|---|
| | Motions in Limine to be filed by all parties: | December 7, 2007 |
| | Oppositions to be filed by all parties: | December 21, 2007 |
| | Hearing on Motions in Limine: | January 10, 2008 at 8:30 a.m.; Dept. 4 |

**6.  Hearing on other pre-trial motions**

| | | |
|---|---|---|
| | Motions to be filed by all parties: | November 30, 2007 |
| | Oppositions to be filed by all parties: | December 14, 2007 |
| | Hearing on pre-trial motions: | January 11, 2008 at 9:00 a.m.; Dept. 4 |

**7.  Pre-Trial Conference:**         February 21, 2008 at 8:30 a.m.; Dept. 4

A pretrial conference is set for **February 21, 2008 at 8:30 a.m.** in Department 4 (LJO) of this Court. The parties are directed to file a joint pretrial statement which complies with the requirements of this Court's Local Rule 16-281. In addition, the joint pretrial statement should include a brief factual summary and an agreed upon neutral statement of the case. An additional copy of the joint pretrial statement, carefully prepared and executed by all counsel, shall be electronically filed in CM/ECF and shall be e-mailed in WordPerfect format to ljoorders@caed.uscourts.gov.

The parties' attention is directed to this Court's Local Rules 16-281 and 16-282. This Court will insist upon strict compliance with those rules.

At the pretrial conference, the Court will set deadlines, among others, to file final witness and exhibits lists, objections thereto, and other trial documents.

**8.  Jury Trial:** (20-25 day estimate)         March 17, 2008 at 8:30 a.m.; Dept. 4

**9.  Effect Of This Order**

This order represents the best estimate of the Court and parties as to the agenda most suitable to dispose of this case. If the parties determine at any time that the schedule outlined in this order cannot

1  be met, the parties are ordered to notify the Court immediately of that fact so that adjustments may be
2  made, either by stipulation or by subsequent status conference.  Stipulations extending the deadlines
3  contained herein will not be considered unless they are accompanied by affidavits or declarations with
4  attached exhibits, where appropriate, which establish good cause for granting the relief requested.
5       Failure to comply with this order shall result in the imposition of sanctions.
6  **IT IS SO ORDERED.**
7  **Dated:   August 3, 2007**                    /s/ Lawrence J. O'Neill
                                                  **UNITED STATES DISTRICT JUDGE**