Robert J. Gibson (#144974)
Alexander L. Conti (#155945)
Amy Leinen (#208957)
Laurie G. Rowen (#232882)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
Telephone: (714) 427-7000

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS,<br><br>Plaintiffs.<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. 1:04-cv-05423 LJO-SMS<br><br>**FORD MOTOR COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE AT OCTOBER 10 SETTLEMENT CONFERENCE AND ORDER**<br><br>Date of Filing: 12/22/04<br>Trial Date:      11/05/07 |

To the Honorable Sandra M. Snyder, Magistrate Judge:

This Court has set a settlement conference in this matter for October 10, 2007. As background, Ford's in-house counsel with responsibility for this matter is located in Dearborn, Michigan. Ford's representative previously traveled to San Francisco and personally attended a voluntary mediation on August 7, 2006. Given

540714.2

FORD'S REQUEST FOR
TELEPHONIC APPREANCE

PDF created with pdfFactory trial version www.pdffactory.com

the time and expense associated with traveling to and from Dearborn, Michigan, which is a three day trip given the time zones and flight schedules, Ford respectfully requests that its representative be excused from personally appearing on October 10 and instead be available by telephone at all times during the settlement conference.

Respectfully submitted,

DATED: September 7, 2007     SNELL & WILMER L.L.P.

By:     /s/ Alexander L. Conti
Robert J. Gibson
Alexander L. Conti
Amy Leinen
Laurie G. Rowen
Attorneys for Defendant
FORD MOTOR COMPANY

## ORDER

Having read and considered Ford Motor Company's request, and good cause appearing thereon, the Court hereby grants Ford Motor Company's request to appear telephonically at the October 10, 2007 settlement conference.

IT IS SO ORDERED.

Date:   10/2/2007          /s/ Sandra M. Snyder
Hon. Sandra M. Snyder

540714.2

FORD'S REQUEST FOR TELEPHONIC APPREANCE

PDF created with pdfFactory trial version www.pdffactory.com