# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, minors and as Successors in interest of ARTEMIO CONTRERAS,<br><br>Plaintiffs,<br>v.<br><br>BRIDGESTONE/FIRESTONE, INC.. et al.,<br><br>Defendants. | CASE NO. CV F 04-5423 LJO SMS<br><br>**ORDER ON MOTIONS TO PRECLUDE CERTAIN EVIDENCE RE TIRES AND RECALLED TIRES** (Doc. 136-138, 140) |

Pending before this Court are four in limine type motions to exclude evidence:

1. Defendant Ford Motor Company ("Ford") seek to preclude evidence of the Firestone tire recall of Wilderness AT and ATX tires designed, manufactured and/or distributed by Firestone, evidence of the Ford vehicles involved in the Firestone recall and the related litigation.

2. Defendant Ford seeks to preclude evidence predicated upon a post-sale duty to warn of tire aging.

3. Defendant Bridgestone Firestone North America Tire, LLC ("Firestone") seeks to preclude evidence regarding tires of types, sizes and designs (dissimilar tires) that differ from the P225/70R15 Firestone Road King Sport S/R tire at issue in this case.

4. Defendant Bridgestone Firestone seeks to preclude evidence of any post-sale duty to warn, retrofit and recall tires.

The motions came on regularly for hearing in Department 4 (LJO) on October 3, 2007. Plaintiffs appeared by counsel Randy Barnhart. Defendant Bridgestone/Firestone, Inc. appeared by counsel Arnold Larson. Defendant Ford Motor Company appeared by telephone by counsel Alex Conti and Robert Gibson.

1   The Court incorporates by reference the reasoning given in the transcript of the Court's October
2   3, 2007 Order verbally issued at the hearing on the above motion. The ultimate rulings are as follows:
3   Motion 1 by Ford is GRANTED.
4   Motion 2 by Ford is GRANTED.
5   Motion 3 by Firestone is DENIED without prejudice.
6   Motion 4 by Firestone is DENIED without prejudice.

**IT IS SO ORDERED.**

**Dated:   October 3, 2007**          /s/ Lawrence J. O'Neill
                                **UNITED STATES DISTRICT JUDGE**