# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for IVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE, INC., SEARS ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | Case No.: 1:04-cv-05423-**LJO**-SMS<br><br>**STIPULATION AND ORDER RE FILING DEADLINES AND HEARING DATES FOR MOTIONS IN LIMINE** |

## RECITALS

Counsel for the parties have met and conferred regarding the scheduling order and reached a consensus that the deposition designation, objection and counter-designation process should be completed before motions in limine are prepared and filed.  In addition, the consensus of counsel is that the deposition designations and motions in limine are interelated such that rulings on the designations may impact the motions in limine and rulings on the motions in limine may impact the deposition designations.  The intention of counsel is to resolve the factual and legal issues surrounding the deposition designations and in limine motions in the most efficient manner

556415

1.

1  possible while providing the Court with sufficient context to make rulings.

2  **STIPULATION**

3  IT IS HEREBY STIPULATED by counsel for the parties as follows:

4      1.    That the Motion in Limine Filing Deadline of December 7, 2007 be vacated and reset
5  to January 10, 2008.

6      2.    That the Motion in Limine Response Deadline of December 21, 2007 be vacated and
7  reset to January 24, 2008.

8      3.    That the First Hearing on Deposition Designations of January 30, 2008 be vacated and
9  reset to January 31, 2008.

10     4.    That the Motion in Limine Hearing date of January 10, 2008 be vacated and reset to
11 January 31 and/or February 1, 2008 to coincide with the First and Second Hearings Regarding
12 Deposition Designations.

13     IT IS SO STIPULATED.

15 Date: November 20, 2007            BARNHART, EKKER & McNALLY

18                                         By:    /s/ W. Randolph Barnhart
                                                  W. Randolph Barnhart
19                                                   Michael J. McNally
                                                  Attorneys for Plaintiffs

21 Date: November 20, 2007            PEREZ, WILLIAMS & MEDINA

24                                         By:    /s/ Robert G. Williams
                                                  Robert G. Williams
25                                                   Attorneys for Plaintiffs

556415

2.

| | |
|---|---|
| Date: November 20, 2007 | SNELL & WILMER L.L.P. |

By:      /s/ Alexander L. Conti
Robert J. Gibson
Alexander L. Conti
Amy Leinen
Laurie S. Rowen
Attorneys for Defendant
FORD MOTOR COMPANY

Date: November 20, 2007                         LARSON, GARRICK & LIGHTFOOT, LLP

By:      /s/ Arnold D. Larson
Arnold D. Larson
Attorneys for Defendant BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC

## **ORDER**

Good cause appearing therefore, the Stipulation of the parties is the Order of the Court.

IT IS SO ORDERED:

Dated:  _11/20/2007_____            _____/s/ Lawrence J. O'Neill_____
                                                                Judge, United States District Court

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689.

On November 20, 2007, I served, in the manner indicated below, the foregoing document described as: **STIPULATION AND [PROPOSED] ORDER RE FILING DEADLINES AND HEARING DATES FOR MOTIONS IN LIMINE** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, California addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST.**

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to  (C.C.P. § 1013(a)

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY FEDERAL EXPRESS/OVERNITE EXPRESS: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

☒ BY E-FILING E-MAIL SERVICE: I caused such document to be served by e-mail to the offices of the addressees.

********

 X   FEDERAL: I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

EXECUTED on November 20, 2007, at Costa Mesa, California.

                                           /s/ Kathy Sumner
                                        KATHY SUMNER

556415

# SERVICE LIST

| | |
|---|---|
| **PLAINTIFF COUNSEL**<br><br>**Tel: (559) 445-0123 - Fax: (559) 445-1753** | Robert G. Williams, Esquire<br>PEREZ, WILLIAMS & MEDINA<br>1432 Divisadero<br>Fresno, California 93721 |
| **PLAINTIFF COUNSEL**<br><br>**Tel: (303) 793-0700 - Fax: (303) 793-1950** | W. Randolph Barnhart, Esquire *(pro hac vice)*<br>Michael J. McNally, Esquire *(pro hac vice)*<br>BARNHART, EKKER & MC NALLY<br>7887 East Belleview Avenue, Suite 1200<br>Englewood, Colorado 80111 |
| **DEFENDANT COUNSEL**<br><br>**BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC successor to BRIDGESTONE/ FIRESTONE, INC.**<br><br>**Tel: (213) 404-4100 - Fax: (213) 404-4123** | Melissa A. Immel, Esquire<br>LARSON, GARRICK & LIGHTFOOT, LLP<br>633 West Fifth Street, Suite 1750<br>Los Angeles, CA  90071 |
| **DEFENDANT COUNSEL**<br><br>**BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC**<br><br>**Tel: (248) 489-1100 - Fax: (248) 489-9660** | Richard H. Schliem III, Esquire *(pro hac vice)*<br>YOCKEY, YOCKEY & SCHLIEM<br>33742 West 12 Mile Road<br>Farmington Hills, Michigan 48331 |
| **DEFENDANT COUNSEL**<br><br>**BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC**<br><br>Tel: 212.592.1400<br>Fax: 212.592.1500 | Susan T. Dwyer, Esquire *(pro hac vice)*<br>HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, New York 10016 |
| **DEFENDANT COUNSEL**<br><br>**BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC**<br><br>Tel: 713.222.2323<br>Fax: 713.222.2226 | T. Christopher Trent, Esquire<br>JOHNSON, SPALDING, DOYLE, WEST & TRENT LLP<br>910 Travis<br>Suite 1700<br>Houston, Texas 77002 |
| **DEFENDANT COUNSEL**<br><br>**BRIDGESTONE/ FIRESTONE NORTH AMERICAN TIRE, LLC**<br>**Tel**:  214.369.2100<br>Fax:214.369.2118 | Scott G. Edwards, Esquire<br>HARTLINE, DACUS, BARGER, DREYER & KERN LLP<br>6688 North Central Expressway<br>Suite 1000<br>Dallas, Texas 75206 |

556415

**PROOF OF SERVICE**

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000