UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS.<br><br>Plaintiffs,<br><br>v.<br><br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | ) CASE NO. 1:04-CV-5423 OWW (SMS)<br>)<br>) **FILED**<br>) DEC 2 0 2007<br>) CLERK, U.S. DISTRICT COURT<br>) EASTERN DISTRICT OF CALIFORNIA<br>) BY_____<br>) ORDER ALLOWING PLAINTIFF'S<br>) RESPONSE TO DEFENDANT<br>) FORD MOTOR COMPANY'S<br>) MOTION FOR PARTIAL SUMMARY<br>) JUDGMENT (PUNITIVE DAMAGES)<br>) AND RESPONSE TO DEFENDANT<br>) FORD MOTOR COMPANY'S<br>) STATEMENT OF UNDISPUTED<br>) FACTS<br>)<br>) |

The Court, being fully advised,

GRANTS Plaintiff's Application Allowing Plaintiff's Response to Defendant Ford Motor Company's Motion for Partial Summary Judgment (Punitive Damages) and Response to Defendant Ford Motor Company's Statement of Undisputed Facts to be Filed Under Seal.

DATED this 20th day of December, 2007.

_____
DISTRICT JUDGE

2