```
 1  Robert J. Gibson (#144974)
    Email: hgibson@swlaw.com
 2  Daniel S. Rodman (#156156)
    Email: drodman@sw.law.com
 3  Amy Leinen (#208957)
    Email: aleinen@swlaw.com
 4  Laurie G. Rowen (#232882)
    Email: lrowen@swlaw.com
 5  SNELL & WILMER L.L.P.
    600 Anton Boulevard, Suite 1400
 6  Costa Mesa, California 92626-7689
    Telephone: (714) 427-7000
 7
    Attorneys for Defendant
 8  FORD MOTOR COMPANY
```



FILED

DEC 2 1 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>　　　　　　　Defendants. | CASE NO. 04-CV-5423 LJO (SMS)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION RE DISMISSAL OF PUNITIVE DAMAGE CLAIM AGAINST FORD MOTOR COMPANY; WITHDRAWAL OF MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S PUNITIVE DAMAGES CLAIM<br><br>Date: January 11, 2008<br>Time: 9:00 a.m.<br>Dept. 4<br>Hon. Lawrence J. O'Neill<br><br>Date of Filing: 12/22/04<br>Trial Date:　　3/17/08 |

The Court, having considered the Stipulation between parties herein orders that Plaintiffs' claim for punitive damages against Ford Motor Company is hereby dismissed with prejudice.

1
2   IT IS SO ORDERED. The punitive damages claim against
3   Ford motor Co is dismissed
    with prejudice.
4   DATED: Dec 21, 2007                    _____
5                                           Hon. Lawrence J. O'Neill
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000