**Robert Gray Williams, #068033**
**PEREZ, WILLIAMS & MEDINA**
**1432 Divisadero**
**Fresno, California 93721**
**TEL (559) 445-0123**
**FAX (559) 445-1753**

**W. Randolph Barnhart, Colorado Bar #5186**
**Michael J. McNally, Colorado Bar #l6l07**
**BARNHART, EKKER & MCNALLY, L.L.P.**
**7887 E. Belleview Avenue, Suite 1200**
**Englewood, Colorado  80111**
**TEL (303) 793-0700**
**FAX (303) 793-1950**

**Attorneys for Plaintiffs**
**MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS,  Minors, and as Successors in Interest of ARTEMIO CONTRERAS. <br><br> Plaintiffs, <br><br> v. <br><br><br> BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive, <br><br> Defendants. | ) CASE NO. 1:04-cv-05423 LJO-SMS <br> ) <br> ) <br> ) STIPULATION AND ORDER TO <br> ) ALLOW PLAINTIFFS A 3-DAY <br> ) EXTENSION TO FILE <br> ) COUNTER-OBJECTIONS AND <br> ) FURTHER DESIGNATIONS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

IT IS HEREBY AGREED by and between Plaintiffs, MARIA GUADALUPE

CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and

PDF created with pdfFactory trial version www.pdffactory.com

ALEXANDER CONTRERAS, minors, and as Successors in Interest of ARTEMIO CONTRERAS, deceased, and Defendants BRIDGESTONE/FIRESTONE, and Defendants FORD MOTOR COMPANY, by and through their respective attorneys of record, that the plaintiff's counter-objections and further designations currently due on January 4, 2008 shall be continued to become due on January 8, 2008.  All parties agree that this stipulation can be signed in counter-parts.

Dated:  December 28, 2007           BARNHART, EKKER & McNALLY, LLP


                                    /s/ROBERT GRAY WILLIAMS, ESQ.
                                    W. Randolph Barnhart, Esq.
                                    Michael J. McNally, Esq.
                                    Attorneys For Plaintiffs


Dated:  December 28, 2007           PEREZ, WILLIAMS & MEDINA


                                    /s/ROBERT GRAY WILLIAMS, ESQ.
                                    Robert Gray Williams, Esq.
                                    Attorneys For Plaintiffs


Dated:  December 27, 2007           LARSON, GARRICK & LIGHTFOOT, LLP


                                    /s/ARNOLD D. LARSON, ESQ.
                                    Arnold D. Larson, Esq.
                                    Attorneys for Defendant, Bridgestone/Firestone

2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: December 28, 2007            SNELL & WILMER, LLP


                                    /s/ROBERT J. GIBSON, ESQ.
                                    Robert J. Gibson, Esq.
                                    Attorneys for Defendant, Ford Motor Company




IT IS SO ORDERED.



Dated: January 7, 2008                   /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com