**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS. <br><br> Plaintiff, <br><br> v. <br><br> BRIDGESTONE/FIRESTONE, INC., FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive, <br><br> Defendants. | CASE NO. **CV-F-04-5423 OWW SMS** <br><br> **ORDER GRANTING PLAINTIFF'S APPLICATION TO ALLOW PLAINTIFF'S OMINBUS RESPONSE TO DEFENDANT BRIDGESTONE / FIRESTONE'S MOTIONS *IN LIMINE* TO BE FILED UNDER SEAL** |

The Court, being fully advised,

HEREBY GRANTS Plaintiff's Application to Allow Plaintiff's Omnibus Response to Defendant Bridgestone/Firestone's Motions *in Limine* to be Filed Under Seal.

Dated this 30th day of January, 2008.

/s/ OLIVER W. WANGER
United States District Judge

1

PDF created with pdfFactory trial version www.pdffactory.com