**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, Individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS.<br><br>  Plaintiff,<br><br>  v.<br><br>BRIDGESTONE/FIRESTONE, INC., FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>  Defendants. | CASE NO.:1:04-CV-5423 OWW SMS<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO ALLOW PLAINTFFS STATE COURT ORDER APPROVING MINORS COMPROMISE OF ALEXANDER CONTRERAS AND YVONNE CONTRERAS TO BE FILED UNDER SEAL** |

The Court, being fully advised,

HEREBY GRANTS Plaintiffs' Application to Allow Plaintiffs' State Court Order Approving Minors Compromise of Alexander Contreras and Yvonne Contreras to be Filed Under Seal.

Dated this 2nd day of May, 2008.

/s/ OLIVER W. WANGER
District Judge

1

PDF created with pdfFactory trial version www.pdffactory.com