1  Robert Gray Williams, Esq., #068033
   PEREZ, WILLIAMS & MEDINA
2  1432 Divisadero
   Fresno, California 93721
3  Telephone: (559) 445-0123
   Fax: (559) 445-1753

4  W. Randolph Barnhart, Colorado Registration No. 5186
   Michael J. McNally, Colorado Registration No. 16107
5  BARNHART, EKKER & MCNALLY, LLP
   7887 East Belleview Avenue, Suite 1200
6  Englewood, Colorado 80111-6027
   Telephone: (303) 793-0700
7  Fax: (303) 793-1950

8  ***ATTORNEYS FOR PLAINTIFFS MARIA GUADALUPE CONTRERAS, Individually and as Guardian
   ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in
9  Interest of ARTEMIO CONTRERAS***

10              **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF CALIFORNIA**

11

12  MARIA GUADALUPE CONTRERAS,          )      CASE NO. 1:04-CV-5423 OWW SMS
    Individually and as Guardian ad Litem for    )
13  YVONNE CONTRERAS and ALEXANDER      )
    CONTRERAS, Minors, and as Successors in     )
14  Interest of ARTEMIO CONTRERAS.      )
                                        )
15       Plaintiffs                     )      **ORDER RE:  JUNE 3, 2008**
                                        )      **STATUS CONFERENCE**
16       v.                             )      **CONCERNING PAYMENT OF**
                                        )      **SETTLEMENT AMOUNTS BY**
17  BRIDGESTONE/FIRESTONE, INC.,        )      **BRIDGESTONE/FIRESTONE, INC.**
    FORD MOTOR COMPANY,                 )      **AND ORDER SEALING THE**
18  SEARS, ROEBUCK and CO.,             )      **RECORD THEREOF**
    and DOES 1 through 200, inclusive,  )
19                                      )
                                        )
20       Defendants.                    )
                                        )
21  _____)

22       This matter came before the Court pursuant to Defendant Bridgestone/Firestone Inc.'s

23  request for Status Conference concerning payment of the agreed settlement amount by

24

                                        1

1    Defendant Firestone.  The Court, having heard the arguments and statements of counsel and

2    having considered the facts and circumstances, finds, concludes and orders as follows:

3            The parties reached a settlement of this matter on March 13, 2008, and read it into the

4    record that same date.  The settlement required state court approval for the amounts to be paid

5    to the minor children.  Defendants agreed to fund the settlement within ten days of the approval

6    of the minors' settlement.

7            The minors' settlement was approved by the Tulare County Superior Court on May 2,

8    2008.

9            Defendant Ford Motor Company paid its agreed portion of the settlement amount on

10   May 9, 2008.  Plaintiffs' counsel notified defendants' counsel of the minors compromise

11   approvals on May 2, 2008.  Plaintiffs' annuity broker notified Bridgestone/Firestone's broker

12   of the amount of the minors' structured settlements on May 5, 2008.  Firestone issued its check

13   to the annuity insurer for the annuity premiums on May 13, 2008.

14           Bridgestone/Firestone's counsel asked for W-9 forms from plaintiffs' two law firms on

15   May 9, 2008.  The request was met on May 14, 2008.

16           Counsel for plaintiffs inquired about the payment of the remaining amount owed by

17   Bridgestone/Firestone on May 16 and again May 23, 2008.  Bridgestone/Firestone was non-

18   committal about when the payment would be delivered to plaintiffs' counsel and when the

19   funds would be cleared for payment.  Bridgestone/Firestone's counsel claims that he is in part

20   responsible for the delay and also says it was occasioned by a slow response to the W-9

21   information.  The Court has taken those arguments into consideration in reaching its decision in

22   this matter.

23

24

Based on the foregoing the Court concludes that Bridgestone/Firestone and its attorneys have had more than ample time to meet its obligations and fund the settlement which was announced in Court on March 13, 2008. [1]

The Court concludes that in light of all the foregoing circumstances that Bridgestone/Firestone should pay interest on the outstanding amounts owed from May 16, 2008 until the date the monies cleared for payment in the trust account of plaintiffs' counsel Perez, Williams and Medina.

Accordingly, the Court Orders as follows:

(1) That Bridgestone/Firestone shall pay interest at the Federal Post Judgment Rate on the remaining unpaid balance of the settlement from May 16, 2008 until the date the funds were cleared for payment in the Perez, Williams and Medina trust account. The amount of such interest shall be calculated by plaintiffs' counsel once it is known the date funds have cleared and submit this calculation promptly to counsel for Bridgestone/Firestone. If counsel for Bridgestone/Firestone disagrees with the calculation counsel shall meet and confer in order to attempt to reach agreement. If an agreement on the proper amount can not be reached counsel of either party may promptly apply to this Court for further Status Conference on this issue. The amount of interest owed shall be paid within fourteen (14) days of the date the calculation is submitted by plaintiffs' counsel unless otherwise ordered by this Court;

(2) Counsel for Bridgestone/Firestone is to promptly contact his client and determine when payment drafts would be delivered to plaintiff's counsel and is to notify no later than the close of business on June 6, 2008 of the status of payment.

(3) Subsequent to the hearing the parties have agreed as follows:

On June 5, 2008, Bridgestone/Firestone's counsel, Arnold Larson, Esq., notified plaintiff's counsel via e-mail that the settlement draft was to be issued that day and sent by FedEx for receipt on Friday, June 6, 2008. The Bridgestone/Firestone settlement

---

[1] Since the amount of the settlement was agreed to be confidential, the Court shall not recite the amounts remaining to be paid in this Order. That amount was stated by plaintiffs' counsel, Mr. Williams, during the hearing and no objection was heard from Firestone.

1    draft arrived via FedEx delivery on Saturday, June 7, 2008 at 11:10 a.m. The settlement
     draft was signed by plaintiff, Maria Contreras, on Monday, June 9, 2008 at 8:15 a.m.
2    and was deposited that same day at 11:10 a.m. The settlement funds were immediately
     available upon deposit;

3
     (4) The parties agree that the Federal Post-Judgment Interest Rate to be paid by
4        Bridgestone/Firestone is the amount of $2,114.57 and is to be paid to plaintiff's counsel,
         Perez, Williams & Medina in trust for Maria Contreras on or before June 24, 2008; and
5
     (5) Due to the agreed confidentiality of the settlement amounts, the transcript of the hearing
6        of June 3, 2008 shall be sealed.

7

8    June 16, 2008                                   /s/ OLIVER W. WANGER
                                                     United States District Court Judge
9

10

11   APPROVED AS TO FORM AND CONTENT.

12                                                   LARSON, GARRICK & LIGHTFOOT, LLP

13

14   Dated: June 12, 2008                           _____/s/Arnold D. Larson_____
                                                     ARNOLD D. LARSON,
15                                                   Attorney for Defendants, Bridgestone/
                                                     Firestone North American Tire, LLC
16

17

18

19

20

21

22

23

24

4