UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GUADALUPE CONTRERAS, individually and as Guardian ad Litem for YVONNE CONTRERAS and ALEXANDER CONTRERAS, Minors, and as Successors in Interest of ARTEMIO CONTRERAS,<br><br>Plaintiffs,<br><br>vs.<br><br>BRIDGESTONE/FIRESTONE NORTH AMERICAN TIRE, LLC, FORD MOTOR COMPANY, SEARS, ROEBUCK and CO., and DOES 1 through 200, inclusive,<br><br>Defendants. | CASE NO. CV-F-04-5423 OWW (SMS)<br><br>Hon. Oliver W. Wanger<br>Dept. 3<br><br>**ORDER RE STIPULATION OF DISMISSAL**<br><br><br>**Date of Filing:** 12/22/04<br>**Trial Date:** 3/17/08 |

    The Court, having considered the Stipulation of Dismissal with prejudice signed by all parties, hereby orders that this case is dismissed with prejudice in its entirety.

8764679.1

Case No. 04-CV-5423 OWW (SMS)
[PROPOSED] ORDER RE
STIPULATION OF DISMISSAL WITH PREJUDICE

1 **<u>ORDER</u>**

3     IT IS SO ORDERED.

5     Dated: June 19, 2008      /s/ OLIVER W. WANGER
6                                        Honorable Oliver W. Wanger